UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In Re:  Chaim Toisig                              Case No: 24-35966-kyp

Chapter 7

---

**DECLARATION IN RESPONSE TO ORDER TO SHOW CAUSE**

The undersigned petitioner AHRON BERLIN declares the following pursuant 28 USC 1746 under penalties of perjury in response to the order to show cause.

1. I filed the petition on September 26, 2024.

2. In the days following the filing I attempted service on Chaim Toisig but was unsuccessful. After sending someone to serve the debtor, I learned that the debtor no longer resided at the address I had and that someone else was living there.

3. I inquired with neighbors and learned that he moved to Florida sometimes prior. The neighbors did not know his new address.

4. Between October 2, 2024, and the end of October I was unable to make further inquiries due my traveling overseas and observance of my religious Jewish new year and holidays lasting the entire month.

5. In November I went numerous times to Bloomingburg, NY, to make further inquiries in the community there in my attempt to find out the debtor's new address. After multiple inquiries I was able to get his address in Florida.

6. Wanting to verify, I sent someone to the address to verify the debtor is living there but was then told the debtor had recently moved from Orlando down south, I was unable to get the new address.

7. Since I was planning to be in Miami Beach during late December Christmas

and new years period, I figured I would be traveling to the local communities I know and inquire as to the debtor's whereabouts.

8. Last week I met a local Rabbi who has seen and met with the debtor and informed me that the debtor resides in the Deerfield Bech community but did not know his exact address.

9. I intend to travel there this week to the Synagogue I was given where the debtor likely congregates and get his address. I estimate I would need an additional one or two weeks to serve the debtor once I get the proper address.

10. I was hindered in serving and proceeding with this petition by the debtor's moving and my not having anticipated or foreseen this change, and by my international travels, my religious holidays, and the difficulty in obtaining debtor's new address. I attempted to find out the debtor's whereabouts while trying to keep my costs down and acted as fast as I could.

11. I am traveling throughout this week with limited access to a computer to have virtual appearance tomorrow at 10am. I will attempt to get access and appear virtually. I respectfully request the honorable court to grant a short extension of two weeks so I can locate and serve the debtor, and to excuse my appearance in the event I am unable to appear due to my limited access.

Dated: Miami Beach
January 6, 2024

/s/ Ahron Berlin
Ahron Berlin
3 Liska Way, #101
Monroe, NY 10950
347-254-3532
ahronberlin@gmail.com